# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 1235

VERSUS

ANDREA HALL

**DECEMBER 30, 2021**

---

In Re:    Andrea Hall, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 12-WCR-434.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

    **WRIT DENIED.** Relator was tried, convicted, and sentenced in the Seventh Judicial District Court (Concordia Parish). Although relator captioned his pleading as an application for writ of habeas corpus, the remedy he seeks is postconviction relief. See La. Code Crim. P. art. 924(1); **Sinclair v. Kennedy,** 96-1510 (La. App. 1st Cir. 9/19/97), 701 So.2d 457, 460, writ denied, 97-2495 (La. 4/3/98), 717 So.2d 645. Applications for postconviction relief must be filed in the parish in which a petitioner was convicted. See La. Code Crim. P. art. 925. Therefore, the district court did not err by not considering the merits of relator's claim. Relator should file his pleading with the Seventh Judicial District Court.

                         **VGW**
                         **AHP**
                         **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT